UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILTON REASSURANCE LIFE COMPANY OF NEW YORK, a New York Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHESTER METOYER, an individual; HERRERA FINANCIAL COMPANY; STERLING TRUST COMPANY; DION M. METOYER, an individual; RICHARD W. CARD, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. EDCV 09-788-VAP (JCx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE as to Defendants Chester Metoyer and Dion M. Metoyer.  The Court orders that such judgment be entered.

Dated: January 26, 2010　　　　_/s/ Virginia A. Phillips_
　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　United States District Judge