**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| WILTON REASSURANCE LIFE COMPANY OF NEW YORK, a New York corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CHESTER METOYER, an individual; HERRERA FINANCIAL COMPANY; STERLING TRUST COMPANY; DION M. METOYER, an individual; RICHARD W. CARD, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No.: 09-CV-00788 VAP(JCx)<br><br>Action Filed : 04/21/2009<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>[Lodged concurrently with:<br>- Stipulation For Dismissal.] |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

# **ORDER**

IT IS HEREBY ORDERED that, pursuant to stipulation of the parties, this action is hereby dismissed in its entirety with prejudice as set forth in Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his or its own fees and costs.

DATED: _March 30, 2010_  _____
THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

**I HEREBY CERTIFY** that on **March 29, 2010**, I electronically filed the foregoing **[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** with the Clerk's Office using the CM/ECF System which provides for the transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

| | |
|---|---|
| Robert J. Mitchell, Esq.<br>Jamie Meyer, Esq.<br>Orlando Villalba, Esq.<br>Lobb Cliff & Lester LLP<br>1325 Spruce Street, Suite 300<br>Riverside, California 92507<br>Tel: (951) 788-9410<br>Fax: (951) 788-0766<br>rmitchell@lcl-law.com; jmeyer@lcl-law.com; ovillalba@lcl-law.com | Attorneys for Defendant and Counterclaimant Sterling Trust Company<br><br>☒ Registered participant of ECF. |

**FURTHERMORE**, I also served the above-referenced documents on the interested parties in this action as follows:

☒ **BY PLACING** ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) to the parties listed below and transmitting via:

☒ **U.S. MAIL:** I deposited such envelope(s) in a mailbox or other like facility regularly maintained by the United States Postal Service.

| | |
|---|---|
| Chester Metoyer<br>2834 Carma Court<br>Riverside, CA 92503<br><br>Defendant and Counterdefendant | Dion Metoyer<br>3338 Fico Ave<br>Las Vegas, NV 89141-3512<br><br>Defendant and Counterdefendant |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed at Irvine, California on **March 29, 2010.**

NAME: Gabriela Rubio      */s/ Gabriela Rubio*
                          An Employee of BARGER & WOLEN LLP