JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILTON REASSURANCE LIFE COMPANY OF NEW YORK, a New York Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CHESTER METOYER, an individual; HERRERA FINANCIAL COMPANY; STERLING TRUST COMPANY; DION M. METOYER, an individual; RICHARD W. CARD, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants; <br><br> AND RELATED CROSS-CLAIMS. | Case No. EDCV 09-0788-VAP (JCx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Minute Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Cross-Claimant Sterling Trust Company ("Sterling Trust") against Cross-Defendants Chester Metoyer, Dion M. Metoyer, and Herrera Financial Company. The Court orders that such judgment be entered.

1    It is further ORDERED, ADJUDGED, and DECREED that
2 Sterling Trust is the rightful beneficiary under
3 insurance policy No. 414309, issued by Wilton Reassurance
4 Life Company of New York.  The proceeds from this policy
5 have already been released to Sterling Trust, pursuant to
6 the Court's February 25, 2010 Order.

Dated: April 20, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge